United States District Court
Southern District of Texas
FILED

JUL 0 2 2001

Michael N. Milby
Clerk of Court

3 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

B-01-120

| United States District Court | District SOUTHERN DISTRCIT OF TEXAS | |
|---|---|---|
| e of Movant . RAUL RIOS-DURAN | Prisoner No. 86833-079 | Case No. B-99-CR-384-1 |

of Confinement
I Beaumont-medium P.O. Box 26040 Unit-NA Beaumont, Texas 77720-6040

UNITED STATES OF AMERICA     V.     RAUL RIOS-DURAN
(name under which convicted)

## MOTION

. Name and location of court which entered the judgment of conviction under attack U.S.D.C. Southern Dist.
of Texas, U.S. Judge Filemon B. Vela,

. Date of judgment of conviction January 15, 2000.

. Length of sentence_____ 70 months plus three (3) years supervised release.

. Nature of offense involved (all counts) Count 1: illegal reentry in violation of 8 USC
§1326.

_____

_____

. What was your plea? (Check one)
  (a) Not guilty    ☐
  (b) Guilty        ☒X
  (c) Nolo contendere  ☐

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
        n/a

_____

_____

. If you pleaded not guilty, what kind of trial did you have? (Check one)
  (a) Jury       ☐      n/a
  (b) Judge only  ☐

. Did you testify at the trial?
Yes ☐ No ☒X

. Did you appeal from the judgment of conviction?
Yes ☒X No ☐

.3 (Rev. 5/85)

'. If you did appeal, answer the following:

    (a) Name of court __UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT__

    (b) Result __Appeal DISMISSED__

    (c) Date of result ___October 19, 2000.___

). Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court? Yes ☐ No ☒XX

. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____n/a_____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised_____

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ☐ No ☒XX

        (5) Result_____n/a_____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____n/a_____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised_____

        _____

        _____

        _____

        _____

(Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No **XXX**

(5) Result _____ n/a _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion"
(1) First petition, etc.     Yes ☐ No **XX**
(2) Second petition, etc.    Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____ n/a _____

ISSUES PRESENTED NOW, WERE NOT PREVIOUSLY PRESENTED BECAUSE THE DAY MY

APPOINTED COUNSEL FILED AN ANDERS BRIEF (June 26, 2000) THE APPRENDI

CASE WAS DECIDED IN THE U.S. SUPREME COURT.(PRESERVED HERE FOR

FUTURE RETROACTIVITY).

Also, I do not read/write the english langauge or understand the

legalese or judicial system of this great country.

_____

_____

_____

_____

_____

7. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: _____ **SEE ATTACHED MEMORANDUM IN SUPPORT:** _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

I.   MR RIOS-DURAN'S SENTENCE VIOLATES  HIS  DUE  PROCESS/
     CONSTITUTIONAL RIGHTS FOR APPRENDI  CASTS SERIOUS
     DOUBTS ON THE CONTINUING VALIDITY OF PRIOR OFFENSES
     BEING CONSIDERED SENTENCING FACTORS.

     AND THE NEW "WATERSHED" RULE OF APPRENDI RETROACTIVITY.

_____

B Ground two: _____ **SEE ATTACHED MEMORANDUM IN SUPPORT:** _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

II.  THE COURT ERRED IN ENHANCING HIS SENTENCE 16 LEVELS,
     FROM THE BASE OFFENSE LEVEL OF 8, FOR PRIOR OFFENSES,
     THAT WERE NOT ALLEGED IN THE INDICTMENT & EXCEEDING
     THE TWO-YEAR STATUTORY MAXIMUM UNDER SECTION 8 USC
     §1326, FOR THE ADDED CRIMINAL HISTORY POINTS OF V HAD
     ALREADY ENHANCED HIS SENTENCE FOR PRIOR CONDUCT. THUS
     MAKING THIS AN ILLEGAL CALCULATED SENTENCE.

_____

C. Ground three: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

(Rev. 5/85)

D. Ground four: _____ n/a _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____ n/a _____

_____

_____

_____

_____

_____

If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

ISSUE PRESENTED NOW, WERE NOT PREVIOUSLY PRESENTED BECAUSE THE DAY MY

APPOINTED COUNSEL FILED AN ANDERS BRIEF (June 26, 2000) THE APPRENDI

CASE WAS DECIDED IN THE U.S. SUPREME COURT.(PRESERVED HERE FOR RETROACTIVITY).

_____

Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

Mr. Timoteo Gomez, Brownsville, Texas

(a) At preliminary hearing ___XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Mr. Timoteo Gomez, Brownsville, Texas

(b) At arraignment and plea ___XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Mr. Timoteo Gomez, Brownsville, Texas

(c) At trial ___XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Mr. Timoteo Gomez, Brownsville, Texas

(d) At sentencing ___XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Mr. Timoteo Gomez, Brownsville, Texas
XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

(5)

43 (Rev. 5/85)

(e) On appeal   Roland E. Dahlin II (Federal Public Defender)

(f) In any post-conviction proceeding   Pro-se

(g) On appeal from any adverse ruling in a post-conviction proceeding   n/a

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No XXX

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No XXX

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

n/a

(b) Give date and length of the above sentence: _____ n/a

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No XXX

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

Pro-se
_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

6-23-01
(date)

_____
Signature of Movant