AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

DISTRICT OF __Texas__ / __Southern__

United States District Court
Southern District of Texas
FILED
JUL 16 2001
Michael N. Milby
Clerk of Court

3

__Raul Rios Duran__

v.

__USA__

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: **B-01-120**

---

I, __Raul Rios-Duran__, declare that I am the *(check appropriate box)*

☐ petitioner/plaintiff     ☒ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant    ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

My due process rights were violated, as I was sentenced to more than the statutory maximum of 2 years that the offense of Illegal Re-entry After Deportation, 8 USC § 1326(a) provides. I have been punished with an aggravated sentence for a subsection of the statute that I was not charged with by indictment.

In further support of this application, I answer the following questions.

1. Are you presently employed?              Yes ☒   No ☐
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   Between $7-$15 per month

   FCI Beaumont-Medium, P.O. Box 26040, Beaumont, Texas  77720

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   NA

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment    Yes ☐   No ☒
   b. Rent payments, interest or dividends?                    Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?          Yes ☐   No ☒
   d. Gifts or inheritances?                                   Yes ☐   No ☒
   e. Any other sources?                                       Yes ☐   No ☒

If the answer to any of the above is "yes," describe each source of money and amount received from each during the past twelve months.

NOT APPLICABLE

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☐    No ☒    (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

NOT APPLICABLE

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☒    No ☐

   If the answer is "yes," describe the property and state its approximate value.

   Home Property @ 1016 Eubanks St., Houston, Texas 77022
   Lt 16, BLK 6  Stratton Place         Approximate Value=$28,100.00

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   None

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7-12-01
                (Date)                                    Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 17.72 on account to his credit at the _Federal Correctional Complex (Medium)_ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: N/A

I further certify that during the last six months the applicant's average balance was $ 16.00

                                    B. Oleman, C.O.
                                    Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge      Date | _____  _____ <br> United States Judge       Date <br> or Magistrate |

United States District Court
Southern District of Texas
RECEIVED
JUL 16 2001
Mail 12:07 pm LA
Michael N. Milby, Clerk