```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF TEXAS
                             BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

SEP 1 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAUL RIOS-DURAN | § | |
| PETITIONER | § | CIVIL NO: B-01-120 |
| | § | |
| VERSUS | § | CRIM. NO: B-99-384-1 |
| | § | |
| UNITED STATES OF AMERICA | § | ALIEN NO: A 39 791 194 |
| RESPONDENT | § | |

## MOTION FOR LEAVE TO AMEND

TO THE HONORABLE DISTRICT COURT JUDGE:

COMES NOW Raul Rios-Duran, movant in the instant cause of action, having previously filed with this court (JULY 2, 2001) his initial Motion To Vacate, Set Aside, or Correct Sentence, and would respectfully request for leave to amend the writings with the following attached instrument, pursuant to FRCivP 15(a) and/or FRCivP 15(d), where intervening changed circumstances and/or reinterpretation(s) of applicable statute(s) affect the outcome of this case.

Respectfully submitted,

*/s/ Raul Rios-Duran*  9/17/2001

Raul Rios-Duran

86833-079

Federal Correctional Institute-Medium

Post Office Box 26040

Beaumont, Texas 77720-6040