*8*

United States District Court
Southern District of Texas
FILED

OCT 0 4 2001

Michael N. Milby
Clerk of Court

01           **IN THE UNITED STATES DISTRICT COURT**
          **FOR THE SOUTHERN DISTRICT OF TEXAS**
02           **BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| 03   **RAUL RIOS-DURAN,** | § | |
|      PLAINTIFF | § | Civil No. B-01-120 |
| 04 | § | Crim. No. B-99-384-1 |
|    **VERSUS** | § | |
| 05 | § | Motion To Vacate, Set Aside, |
|    **UNITED STATES OF AMERICA** | § | or Correct Sentence. |
| 06      RESPONDENT | § | |

07

     **RIOS-DURAN'S RESPONSE TO GOVERNMENT'S ANSWER**
08      **OF HIS (RIOS-DURAN'S) INITIAL MOTION TO VACATE,**
     **SET ASIDE, OR CORRECT SENTENCE.**

09

10 TO THE HONORABLE JUDGE JOHN WM. BLACK:

11 COMES NOW Raul Rios-Duran, petitioner acting pro se in the abovestyled and

12 numbered action and would respectfully submit this response to the

13 government's answer to the initial habeas motion. This he would say in

14 support thereof:

15

16               ———————

17

18      Raul Rios-Duran previously submitted in this Court his initial Motion

19 To Vacate, or Correct Sentence. Since then Rios has filed with this Court

20 an amended version of the said pleadings, and has requested for leave to

21 proceed with the amended writings. Rios' respectfully petitions this Court

22 once again, to allow for the admission of said amended pleadings which he

23 served by certified mail on September 17, 2001.

24      Regarding the initial motion and the issues contained therein, Rios

25 concedes that the first issue is foreclosed by ALMENDAREZ-TORRES for the time

26 being. But, he reasserts that he has raised the claim to preserve for

27 possible future retroactivity application(s).

01      Rios withdraws the second issue altogether, as it is recognizably a

02   foreclosed or a moot issue.  But, should Rios be before this Court once again

03   in the near future for any reason, Rios requests the accurate and

04   constitutional application of the Sentencing Guidelines.

05      Moving along, Rios would like to call the attention of this Court to

06   the primary issue(s) submitted in the amended pleading.  That, Rios' initial

07   deportation was unconstitutional as his due process rights were indeed

08   violated where the Immigration Judge failed to inform Rios of the

09   discretionary relief remedies available to him (Rios).  Since the deportation

10   hearing violated Rios' 5th and 14th Amendment rights, it is invalid and the

11   deportation cannot be used against Rios in any subsequent criminal

12   proceedings under INA § 1326.

13      see U.S. V. MENDOZA-LOPEZ, 481 US 828 (1987).  Rios establishes the

14   foregoing claim, that he was eligible for discretionary relief by the recent

15   statutory reinterpretive decision of the U.S. Supreme Court in I.N.S. V. ST.

16   CYR, 121 S.CT. 2271; 2001 LEXIS 4670 (2001) & CALCANO-MARTINEZ V. I.N.S., 121

17   S.CT. 2268; 2001 LEXIS 4671 (2001)(STEVENS, J.).

18      Wherefore Rios prays that this Court grant leave to proceed with the

19   amended pleadings and consider all the issues whether presented directly or

20   implied.  And hopefully awaits this Court's response as to the same.

21

22   Respectfully submitted,

23

24

25

26   Raul Rios-Duran

27

SEPT-24-2001

01                        **CERTIFICATE OF SERVICE**

02

03   I Raul Rios-Duran movant acting pro se in the preceeding writings do hereby

04   cerify under the penalty of perjury of the laws of the United States that

05   I have filed with this Court and served a copy to the respondent(s) at:

06   Kathlyn G. Snyder, 910 Travis Street, Suite 1500, P.O. Box 61129, Houston,

07   Texas, 77208-1129; Mark Dowd, 600 E. Harrison #201, Brownsville, Texas,

08   78520; and Pauline Appelbaum/Michael R. Leppala, Office of The District

09   Counsel, U.S. Immigration & Naturalization Service, P.O. Box 670049, Houston,

10   Texas, 77267-0049, by sending a copy of same by way of U.S. Postal Service.

11

12

13   Respectfully submitted,

14

15   _[signature: Raul Rios Duran]_

16

17

18   Raul Rios-Duran  No.86833-079

19   Federal Correctional Institution (Medium)

20   Post Office Box 26040

21   Beaumont, Texas 77720-6040

22

23

24

25

26

27