# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# -BROWNSVILLE DIVISION-

| | |
|---|---|
| RAUL RIOS DURAN <br> Plaintiff-Petitioner, § | |
| VS. | CIVIL ACTION NO. B-01-120 |
| UNITED STATES OF AMERICA <br> Defendant-Respondent, | CRIMINAL NO. B-99-384-001 |

United States District Court
Southern District of Texas
ENTERED

OCT 18 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Petitioner Raul Rios Duran has filed a Motion to Amend his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody (Docket No. 7). Petitioner's motion to amend is GRANTED.

The United States Government is hereby ordered to file a response to the issues raised in the amended pleadings within 60 days from the date of this order.

The District Clerk is directed to send a copy of the amended pleadings (Docket No. 7 and Docket No. 8) to the United States Government.

DONE at Brownsville, Texas, this 18th day of October, 2001.

_____
John Wm. Black
United States Magistrate Judge