

United States District Court
Southern District of Texas
FILED

NOV 0 2 2001

Michael N. Milby
Clerk of Court



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAUL RIOS-DURAN<br>PLAINTIFF | § § § | Civil No. B-01-120<br>Crim. No. B-99-384-1 |
| VERSUS | § § | Motion To Vacate, Set Aside, |
| UNITED STATES OF AMERICA<br>RESPONDENT | § § | Or Correct Sentence. |

## MOTION FOR LEAVE TO AMEND (2nd AMENDMENT)

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, Raul Rios-Duran, movant acting pro se in the abovenumbered and styled cause of action and would respectfully request for leave to proceed with the following attached Motion To Amend, this being the second proposed motion to amend before this court. Rios proposes the instant amendment where a very recent Fifth Circuit development gives rise to his claim for relief. Namely, the holding in **US V RODRIGUEZ-MONTELONGO, NO. 00-51023, 9/13/01**, which states that court's do in fact have authority to downward depart on the basis of "cultural assimilation." Rios, in all sincerity, calls to the attention of this honorable court the following writings and asks for leave to proceed with the same.

Respectfully submitted,

*/s/ Raul Rios-Duran*

Raul Rios-Duran