*/2*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-**

United States District Court
Southern District of Texas
FILED

**NOV 0 6 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAUL RIOS DURAN | § | |
| Plaintiff-Petitioner, | § | |
| | § | |
| | § | CIVIL ACTION NO. B-01-120 |
| VS. | § | |
| | § | CRIMINAL NO. B-99-384-001 |
| UNITED STATES OF AMERICA | § | |
| Defendant-Respondent, | § | |
| | § | |
| | § | |

## ORDER

Petitioner Raul Rios Duran has filed a Motion to Amend his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody (Docket No. 11). Petitioner's motion to amend is GRANTED.

The United States Government is hereby ordered to file a response to the issues raised in the amended pleadings within 60 days from the date of this order.

DONE at Brownsville, Texas, this 6th day of November, 2001.

John Wm. Black
United States Magistrate Judge