# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# -BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

MAR 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAUL RIOS-DURAN, | § | |
| Plaintiff-Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-120 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Defendant-Respondent. | § | |
| | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of March 1, 2002, should be **ADOPTED**.

IT IS **ORDERED** that Raul Rios-Duran's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Docket No. 1) is **DENIED**. IT IS further **RECOMMENDED** that this case be **DISMISSED** in its entirety.

DONE in Brownsville, Texas, on this _13TH_ day of _MARCH_, 2002.

Filemon B. Vela
United States District Judge