IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 02-40554

---

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

RAUL RIOS-DURAN

    Defendant - Appellant

20

U.S. COURT OF APPEALS
**FILED**
MAY 23 2002
CHARLES R. FULBRUGE III
CLERK

CAB-01-120
United States District Court
Southern District of Texas
FILED
MAY 28 2002
Michael N. Milby
Clerk of Court

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of May 23, 2002, for want of prosecution. The appellant failed to timely pay docketing fee.

                        CHARLES R. FULBRUGE III
                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

                        By: _____
                            Peter Conners, Deputy Clerk

                        FOR THE COURT - BY DIRECTION

DIS-2

---

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
    Deputy   MAY 23 2002

New Orleans, Louisiana

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

May 23, 2002

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
RECEIVED
MAY 28 2002
2:30 pm
Michael N. Milby, Clerk

United States District Court
Southern District of Texas
FILED
MAY 28 2002
Michael N. Milby
Clerk of Court

   No. 02-40554  USA v. Rios-Duran
   USDC No. B-01-CV-120
            B-99-CR-384-ALL

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.

                              Sincerely,

                              CHARLES R. FULBRUGE III, Clerk

                              By: _____
                                 Peter Conners, Deputy Clerk
                                 504-310-7685

/pac
cc: w/encl:
    Mr Raul Rios-Duran
    Mr James Lee Turner

MDT-1