IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     Plaintiff-Appellee | § | USDC No. B-01-120 |
| | § | USDC No. B-99-384-1 |
| VERSUS | § | **USCA No. 02-40554** |
| | § | |
| RAUL RIOS-DURAN | § | MOTION TO VACATE, SET ASIDE |
|     Defendant-Appellant | § | OR CORRECT SENTENCE |

MOTION TO PROCEED
IN FORMA PAUPERIS

To The Honorable Judge of Said Court:

    Comes now, Raul Rios-Duran, ("Rios"), petitioner pro se in the above entitled cause of action and would respectfully request that he be permitted to proceed with his appeal in forma pauperis. This he states in support thereof:

    Rios was initially allowed by this court to proceed in Forma Pauperis. See attachment(s). FRAppP 24(a)(3) **Prior Approval.** A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed in forma pauperis without further authorization, unless the district court - before or after the notice of appeal is filed - certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis. In that event, the district court must state in writing its reasons for the certification or finding.

    Rios' motion to vacate was denied by this court on March 13, 2002. Rios timely notice of appeal. The Fifth Circuit Court of Appeals on May 23, 2002, dismissed this action for want of prosecution, stating that Rios failed

1

to timely pay docketing fee. Although unnecessary, Rios had previously submitted to the Court of appeals his Motion For Leave To Proceed in Forma Pauperis . "...inasmuch as the petitioner had been granted leave to proceed in forma pauperis by the District Court, the application to the Court of Appeals was unnecessary." McGann v. United States, 362 US 309, 4 LEd2d 734, 80 SCt 725 (1960). On May 23, 2002, the U.S. Clerk's office for the Court of Appeals instructed Rios that if he wished to reinstate his appeal, he would first be required to seek forma pauperis status with this court. See attachment(s).

Premises considered, Rios prays that this court will allow him to proceed in forma pauperis in seeking redress of his issues in the Court of Appeals.

Respectfully Submitted,

*[signature]*   MAY-30-2002

Raul Rios-Duran

Reg. No. 86833-079

Federal Correctional Institution (Medium)

Post Office Box 26040

Beaumont, TX 77720-6040

2

CERTIFICATE OF SERVICE

The undersigned petitioner hereby certifies under the penalty of perjury that he has served upon the respondent listed below a true and correct copy of the preceeding attached instrument by placing same in a properly addressed, postage prepaid, properly sealed envelope, and delivering same to prison officials for further forwarding on this 30th day of May, 2002

Respondent

Ms. Paula C. Offenhauser
Assistant U.S. Attorney
P.O. Box 61129
Houston, TX 77208-1129

Respectfully Submitted,

Raul Rios-Duran

Reg. No. 86833-079

Federal Correctional Institute (Medium)

Post Office Box 26040

Beaumont, TX 77720-6040

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAUL RIOS DURAN, | § | |
| Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-01-120 |
| VS. | § | |
| | § | CRIMINAL NO. B-99-384-001 |
| UNITED STATES OF AMERICA, | § | |
| Defendant-Respondent. | § | |

### ORDER

Petitioner, Raul Rios Duran, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by September 17, 2001.

DONE at Brownsville, Texas, this 31st day of July, 2001.

John Wm. Black
United States Magistrate Judge

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

May 23, 2002

Mr Raul Rios-Duran
Federal Correctional Institution
Beaumont - Medium
#86833-079
4550 Hebert Road
PO Box 26040
Beaumont, TX 77720

    No. 02-40554 USA v. Rios-Duran
    USDC No.  B-01-CV-120
              B-99-CR-384-ALL

Dear Mr. Rios-Duran:

We received your "request for certificate of appealability" and "motion for leave to proceed in forma pauperis." No action will be taken on either of these request in light of the recent dismissal of this appeal for failure to timely resolve the filing fee.

As originally advised, if your were not able to pay the filing fee, a request to proceed in forma pauperis should be filed with the district court. Also, until the filing fee has been resolved, a request for certificate of appealability is considered premature.

If it is your intention to seek the reinstatement of this appeal, it will be necessary to file a formal motion for same. Also, in accordance with the usual procedures of this Court, no further will be taken on the request for reinstatement until the original default has been remedied. Accordingly, a motion to proceed in forma pauperis must be both captioned and filed with the district court.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Donna Mendez, Deputy Clerk
    504-310-7677

cc:  Mr James Lee Turner