

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAUL RIOS-DURAN, | § | |
|    Plaintiff-Petitioner, | § | CIVIL ACTION NO. B-01-120 |
| | § | |
| VS. | § | CRIMINAL NO. B-99-384-001 |
| | § | |
| UNITED STATES OF AMERICA, | § | USCA NO. 02-40554 |
|    Defendant-Respondent. | § | |

## ORDER

Petitioner, Raul Rios Duran, has filed a Motion to Proceed in Forma Pauperis. Afer due consideration, IT IS HEREBY **GRANTED**.

DONE at Brownsville, Texas, this 11th day of June, 2002.

                                                  John Wm. Black
                                                United States Magistrate Judge