# United States Court of Appeals

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

July 11, 2002

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 02-40554  USA v. Rios-Duran
       USDC No.  B-01-CV-120
                  B-99-CR-384-ALL

The court has granted appellant's motion to reinstate the appeal.

                      Sincerely,

                      CHARLES R. FULBRUGE III, Clerk

                      By: _____
                          Peter Conners, Deputy Clerk
                          504-310-7685

/pac
Mr Raul Rios-Duran
Mr James Lee Turner
Mr Michael N Milby, Clerk

MOT-2