IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
OCT 1 0 2002
CHARLES R. FULBRUGE III
CLERK

No. 02-40554
USDC No. B-01-CV-120
USDC No. B-99-CR-384-ALL

UNITED STATES OF AMERICA,

                Plaintiff-Appellee,

versus

RAUL RIOS-DURAN,

                Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Texas

---

O R D E R:

Raul Rios-Duran ("Rios"), a federal prisoner (# 86833-079), applies for a certificate of appealability ("COA") to appeal the district court's order denying his 28 U.S.C. § 2255 motion to vacate. In 2000, Rios pleaded guilty to an indictment charging him with attempting to re-enter the United States after having been deported, in violation of 8 U.S.C. § 1326(a) and (b). A COA will be granted only if Rios makes a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

Rios argues that <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), called into question the "continuing viability" of <u>Almendarez-Torres v. United States</u>, 523 U.S. 224 (1998), wherein the Supreme Court had held that prior convictions used to enhance a sentence under 8 U.S.C. § 1326(b) need not be charged in a defendant's indictment. Not only did the Court in <u>Apprendi</u>

O R D E R
No. 02-40554
- 2 -

expressly decline to overrule Almendarez-Torres, see Apprendi, 530 U.S. at 490, but the Apprendi decision is not retroactively applicable to initial 28 U.S.C. § 2255 motions. See United States v. Brown, ___ F.3d ___ (5th Cir. Sept. 5, 2002), 2002 WL 2027346 at *6.

Rios has abandoned his claim that the sentencing court improperly imposed a 16-level Sentencing Guidelines enhancement based on his having committed an "aggravated felony," pursuant to U.S.S.G. § 2L1.2(b)(1)(A). See Hughes v. Johnson, 191 F.3d 607, 613 (5th Cir. 1999). To the extent that Rios alternatively argues that counsel performed ineffectively by failing to object to the 16-level increase, he has not addressed the district court's implicit denial of his motion to amend his 28 U.S.C. § 2255 motion on this basis, through the objections he raised in objection to the magistrate judge's recommendation. See United States v. Riascos, 76 F.3d 93, 94 (5th Cir. 1996); Brinkmann v. Dallas County Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987) (failure to brief basis of district court's judgment is the same as if the party had failed to appeal the judgment).

Rios argues that INS v. St. Cyr, 533 U.S. 289 (2001), retroactively permits him to attack the validity of his earlier deportation and thus his criminal conviction. The district court concluded that St. Cyr did not apply retroactively to cases on collateral review, under the standards of Teague v. Lane, 489 U.S. 288 (1989). Rios' failure to address this conclusion amounts a failure to address the basis of the dismissal of this claim as well. See Brinkmann, 813 F.2d at 748.

O R D E R
No. 02-40554
- 3 -

Finally, Rios argues that counsel performed ineffectively by failing to move for a downward departure on the basis of his cultural assimilation, in that he had lived in the United States for a long time and even owned property in Houston. Rios has not demonstrated that counsel performed deficiently by failing to raise such a claim or that he was prejudiced by such failure. See Strickland v. Washington, 466 U.S. 668, 689-94 (1984).

Because Rios has not made a substantial showing of the denial of a constitutional right, his COA application is DENIED.

_____
UNITED STATES CIRCUIT JUDGE

Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana   10/10/08

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

October 10, 2002

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
RECEIVED

OCT 15 2002

Michael N. Milby, Clerk of Court

No. 02-40554 USA v. Rios-Duran
USDC No. B-01-CV-120
          B-99-CR-384-ALL

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( X ) 2 Volumes/1 Supp Volume    ( X ) 1 SEALED Envelope - PSI

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Tabitha Casimier Tobias, Deputy Clerk
504-310-7680

cc: w/encl:
    Mr Raul Rios-Duran
    Mr James Lee Turner

MDT-1